## KEYES v. McNULTY.

1. PLEADING BREACH OF REPLEVIN BOND. In an action on a replevin bond the petition claimed a certain sum as damages, and in stating the cause of such claim, set out the proceeding in which the defendant obtained the writ, the filing of the bond, the failure to prosecute, the rendering of a judgment upon the trial in favor of the defendant therein, and the failure to pay or satisfy the same, as required by the terms of the bond. *Held,* sufficient without a more formal allegation of the breach of the bond and the damages sustained thereby.

*Appeal from Buchanan District Court.*

TUESDAY, APRIL 7.

THE facts are sufficiently stated in the opinion of the court.

*Cooley, Blatchley & Adams* for the appellant.

No appearance for the appellee.

BALDWIN, C. J.— This was an action upon a replevin bond. The defendant objected to the introduction in evidence of the record of the proceedings in the replevin cause, and also filed a motion in arrest of judgment. The overruling of this objection and motion is assigned as error.

The ground of appellant's complaint is, that the plaintiff in his petition does not claim any damages on account of

the breaches of the condition in the bond. The pleader, in the beginning of the petition, claims of the defendant the sum of $600 damages, and for cause of such claim states the proceeding by defendant in obtaining the writ, the filing of a bond, the failure to prosecute, the rendition of a judgment in his favor upon trial, and the neglect and refusal of defendant to pay such judgment, as required of him by the conditions of the bond; and, therefore, he prays judgment, &c.

We do not think the technical objection of appellant entitled to any serious consideration. The plaintiff does claim a certain amount due him as damages, &c., and states fully and explicitly wherein he has been injured. The court, therefore, did not err in permitting the jury, under this pleading, to find more than nominal damages for the plaintiff. The judgment will be affirmed, with six per cent damages.